# EXHIBIT 3
# (NYSEG Easement)

## EASEMENT

THIS INSTRUMENT WITNESSETH THAT CORNELL UNIVERSITY, hereinafter called the Grantor(s), being the owner(s) of or having an interest in land situate in the CITY OF ITHACA, COUNTY OF TOMPKINS, State of New York, fronting on the streets or highway known as UNIVERSITY AVENUE AND WEST AVENUE, bounded WESTERLY IN PART by STEWART AVENUE and EASTERLY IN PART by the private road known as WEST AVENUE, for and in consideration of the sum of One and No/100 Dollars ($1.00), the receipt of which is hereby acknowledged, does hereby grant and release unto NEW YORK STATE ELECTRIC & GAS CORPORATION, a corporation organized under the laws of the State of New York, having an office at 18 Link Drive in the Town of Kirkwood, County of Broome, State of New York, hereinafter called the Grantee, its lessees, licensees, successors and assigns forever, a permanent easement and right of way, with the right, privilege and authority to install, construct, reconstruct, extend, operate, inspect, maintain, repair, replace, and at its pleasure, remove an underground gas pipeline, including hand/man holes, pipes, ducts and conduits, with the necessary fixtures or appurtenances thereto which the Grantee shall require now and from time to time for the underground transmission and/or distribution of natural and/or manufactured gas for public or private use, in, under, and across said land and/or the highways abutting or running through said land.

The easement and right of way hereby granted and released is, as shown on Exhibit A, -10 and 15- feet in width throughout its extent, situate, lying and being as follows:

A portion of City of Ithaca Tax Parcel #31.00-1-1.2, as shown on sketch labeled Exhibit A attached hereto and made a part hereof:

Notwithstanding anything to the contrary herein:

1. Grantor expressly reserves the right to access, excavate within and otherwise use said easement area in order to install, maintain, repair and replace any of Grantor's utilities located within said easement subject to the following: (1) Grantor shall provide Grantee with thirty (30) days' notice before excavating or conducting planned maintenance work within said easement that could potentially impact, damage or interfere with Grantee's facilities; (2) Grantor reserves the right to work within the easement area without notice in cases of emergency posing an immediate threat to life, safety or property, provided however that Grantor shall notify Grantee as soon as possible regarding all emergency excavations or other activities with the potential to impact, damage or interfere Grantee's operation, use or maintenance of its facilities or where shut down of gas service may be necessary. Grantee shall reasonably cooperate with Grantor, upon request, to facilitate Grantor's use of the easement area.

2. If at any time hereafter Grantor desires to relocate the easement, Grantor shall provide written notice to Grantee, and Grantee shall make such changes in the location of the easement as Grantor may require, at Grantor's sole expense, and as further provided herein. Such Notice of relocation from Grantor shall include detailed drawings that show the facilities proposed to be relocated as well as, if applicable, a proposed new site for NYSEG's facilities which NYSEG may accept or reject at its sole reasonable discretion. After receiving a complete set of drawings, Grantor and Grantee shall then cooperate in good faith to develop a relocation plan. The Grantor shall provide the Grantee any easements required to relocate gas and/or electric facilities. Once all requirements are fulfilled (easements, permits and payment received from the Grantor) a mutually agreeable schedule will be established to relocate NYSEG's facilities.

THE GRANTEE, its successors and assigns, are hereby expressly given and granted the right to assign this easement and right of way, or any part thereof, or interest therein, and the same shall be divisible among two or more owners, as to any right or rights created hereunder, so that each assignee or owner shall have the full rights and privileges herein granted, to be owned and enjoyed either in common or severally.

TOGETHER with ingress and egress over the easement and right of way (and, in consultation with Grantor, other lands of the Grantor as may be reasonably necessary) for all of the above purposes and the right now and from time to time to trim, cut, burn, treat and/or remove by manual, mechanical and chemical means trees, roots, brush, structures and other obstructions within said easement and right of way. Grantor has the right to maintain existing mature trees and vegetation on the main campus within said NYSEG easement right of way area.

PROVIDED, however, that any damage (other than for trimming, cutting, treating, burning and/or removing trees, roots, brush, structures and other obstructions as above provided) to the property of the Grantor(s), (including, without limitation, Grantor's utilities facilities), caused by the Grantee in the exercise of its rights under this instrument shall be borne by the Grantee. Grantee further agrees to promptly restore the easement area to as near its original condition as possible following any work or other site disturbance by Grantee; provided, however, that Grantor shall also have the right to restore the easement area following any work or other site disturbance by Grantee, which may include the replacement of trees. The parties shall work cooperatively when restoring the easement area.

RESERVING, however, to the Grantor(s) the rights to cultivate the ground, the right to cross and recross said easement and right of way provided that such use of said ground shall not interfere with, obstruct or endanger any rights granted as aforesaid and shall not disturb the grade of said ground as it now exists, and provided that no structure shall be erected, no trees shall be grown, cultivated or harvested, and no excavating, mining or blasting shall be undertaken within the limits of the easement and right of way without written consent of the Grantee, except as otherwise provided herein.

This Instrument shall be binding on and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors and assigns.

IN WITNESS WHEREOF, the Grantor(s) ha__S__ hereunto set __HIS__ hand(s) and seal(s) this __2ND__ day of __MAY__, __2022__.

By: Jeremy Thomas, Sr. Director of Real Estate _____ (L.S.)

Address: C/o REAL ESTATE DEPARTMENT
BOX DH - REAL ESTATE
ITHACA, NY 14853

Internal Use


EXHIBIT
Blumberg No. 5119

New York State Electric & Gas Corp. – Records Management & Real Estate Services _____ITHACA_____ RWC - _222_

## EASEMENT

(Personal or Corporate Acknowledgment)

Line __GAS MAIN UNIVERSITY AND WEST__
Auth. _9600008392_ Parcel No. _____
Area Cost Center No. __RC2J020410__
Construction W.O. No. __801000373944__

__CORNELL UNIVERSITY BY__
__JEREMY E. THOMAS__

TO

__NEW YORK STATE ELECTRIC__
__& GAS CORPORATION__

Dated _____

STATE OF NEW YORK } ss:
COUNTY OF _____ }

Recorded on the _____ day of
_____ , _____
at _____ o'clock _____ M.
in Book _____ of Deeds at
Page _____ and examined.

_____ (Clerk)

Consideration on this document
is less than $100.00

---

STATE OF NEW YORK }
COUNTY OF __TOMPKINS__ } ss:

On the __2ND__ day of __MAY__ __2022__, before me, the undersigned, a Notary Public in and for said State, personally appeared __JEREMY THOMAS__

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the Instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

* "For the purposes of this section, the term "person" means any corporation, joint stock company, estate, general partnership (including any registered limited liability partnership or foreign limited liability partnership), limited liability company (including a professional service limited liability company), foreign limited liability company (including a foreign professional service limited liability company), joint venture, limited partnership, natural person, attorney in fact, real estate investment trust, business trust or other trust custodians, nominee or any other individual or entity in its own or any representative capacity."

GLORIA BUSSE
Notary Public, State of New York
No. 01B'J4833378
Qualified in Tompkins County
Commission Expires 12/31/20__25__

---

(Personal or Corporate Acknowledgment)

STATE OF NEW YORK }
COUNTY OF _____ } ss:

On the _____ day of _____ , _____, before me, the undersigned, a Notary Public in and for said State, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the Instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

* "For the purposes of this section, the term "person" means any corporation, joint stock company, estate, general partnership (including any registered limited liability partnership or foreign limited liability partnership), limited liability company (including a professional service limited liability company), foreign limited liability company (including a foreign professional service limited liability company), joint venture, limited partnership, natural person, attorney in fact, real estate investment trust, business trust or other trust custodians, nominee or any other individual or entity in its own or any representative capacity."

---

(Subscribing Witness Acknowledgment)

STATE OF NEW YORK }
COUNTY OF _____ } ss:

On this _____ day of _____ , _____, before me personally came _____ the subscribing witness to the foregoing Instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say that _____ he reside(s) at _____
in the _____
that _____ he knew _____
to be the individual _____ described in _____ and who executed the foregoing Instrument that _____ he, said subscribing witness, was present and saw _____ execute the same; and that _____ said witness, at the same time, subscribed ? _____ name as witness thereto.

_____
Notary Public

__TAX MAP NUMBER__

Section __31.00__ Block __1__ Lot __1.2__

RETURN TO
PROPERTY MANAGEMENT
RECORDS CENTER
NEW YORK STATE ELECTRIC & GAS CORP.
POST OFFICE BOX 5224
BINGHAMTON, NEW YORK 13902-5224



