# EXHIBIT 4
# (Union Grievance August 10, 2022 )



EXHIBIT J-2



Tompkins-Cortland

# Building & Construction Trades Council

August 10, 2022

Laurie M Johnston
Senior Director Workforce Policy and Labor Relations
Cornell University
391 Pine Tree Road
Ithaca, N.Y. 14850

Dear Laurie,

It has come to my attention that non bargaining unit workers are performing Bargaining Unit Work on Campus. The company in question is "The DDS Companies" out of West Henrietta, NY. The work in question is in the vicinity of University Avenue & West Avenue. The work is excavating, install temporary safety barriers, running new gas pipes for campus infrastructure & tying into Cornell's Infrastructure, flagging for traffic, forming for concrete sidewalks, pouring concrete sidewalks, finishing the concrete sidewalks, removing the concrete forms, remove temporary barriers, repair landscaping, & clean up. This is all work of the BTC Tradesmen, and or contractors affiliated with each of the trades involved.

This is a clear violation of the Agreement between Cornell University and the Tompkins-Cortland Counties Building Trades Council, Maintenance Division, Article 1, Lines 27-34, " All work associated with the demolition, repair, replacement, improvement to or construction of equipment, building, structures, utilities, and/or system or components thereof....Employer is free to assign such work; provided, however, such agreement does not fall within the craft performed by other employees covered by this agreement".

Non bargaining unit labor performing BTC Bargaining Unit Work also violates Article XXX, Lines 8-13, " to sub-contract, or to contract out, provided that, only with respect to work that falls within the jurisdiction of the craft unions covered by this agreement...The University will sub-contract or contract out to subcontractors or contractors who have agreements with craft union listed in Article 1, recognition ".

We, the BTC, do not agree with your determination from your investigation and we want to schedule a Step 1 Hearing as soon as possible to try and settle our differences. We, the BTC, ask that this work in question stops immediately and that it be properly assigned to the appropriate BTC Tradesmen or contractors affiliated with the Trades involved. We reserve the right to request that the BTC be made whole for the lost hours and benefits for the BTC Bargaining Unit Work already performed by the non-Bargaining Unit Employees (The DDS Companies)

I can be reached at (607) 272-2809 during normal business hours, my cell phone at (607) 423-2809, or by my email at businessmanager@ibewlocal241.com

Sincerely,

Todd Bruer
BTC President


Cc: Nathaniel Lambright; Jerry Morley; Marcus Williamee; Brian Hotchkiss; Anthony Scarofile; Dave Marsh; Kasey Eiklor; Bill McNamara; Scott Stringer; Steve Harvey; Rodney Griffiths; Brian Noteboom; Fred Swayze Jr; Jeremy West; Alan Edwards; Gary Pyhtila