# EXHIBIT 8
# (2011 Correspondence)


EXHIBIT E-2

| | |
|---|---|
| **From:** | John Allison Kiefer |
| **To:** | Alan L. Mittman |
| **Cc:** | Barbara K. Siany; Lauran Jacoby |
| **Subject:** | RE: Verizon work near Johnson Museum |
| **Date:** | Friday, April 22, 2011 2:58:32 PM |

I think that is right. They are on site to support the University Avenue rebuild project. They are moving their cables and installing them in a new duct bank. NYSEG and Verizon do all the work on their assets.

**From:** Alan L. Mittman
**Sent:** Friday, April 22, 2011 2:12 PM
**To:** John Allison Kiefer
**Cc:** Barbara K Siany; Lauran Jacoby
**Subject:** Verizon work near Johnson Museum

Hi,
At a meeting today with the BTC, Chuck Smith raised an issue about Verizon building forms and pouring cement around their conduit at the retaining walls near the Johnson Museum and construction work along Univ. Ave. It may be that they have a right of way and can do this work which is what David Marsh thinks may be the case. Any clues?
Thanks,


**Alan L. Mittman**
Director
Workforce Policy and Labor Relations
Cornell University
391 Pine Tree Road
Ithaca, N.Y. 14850
Tele: (607) 255-6866
Fax: (607) 255-0298
E-mail: alm63@cornell.edu
Web: www.ohr.cornell.edu

*Cornell University has been named a "best employer" by:*
*National Association for Female Executives, Working Mother Media, Conceive Magazine, Dave*
*Thomas Foundation for Adoption, AARP, ComputerWorld's 100 Best for Information Technology Professionals, and DiversityInc*

*A Culture of Inclusiveness, A World of Opportunity, There's a place for you at Cornell University!* www.ohr.cornell.edu/jobs

This information, transmitted from Cornell University's Office of Workforce Policy and Labor Relations, is intended only for the person or entity named above, and may contain legally confidential and/or privileged material. Any forwarding, copying, disclosure, distribution, or other use of this information by any person without the permission of the Office of Workforce Policy and Labor Relations is prohibited. If you are not the intended recipient, any review or taking of any action in reliance upon this information

is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers. Thank you.

| | |
|---|---|
| **From:** | Alan L. Mittman |
| **To:** | Skilled Trades Diversity Council |
| **Cc:** | John Allison Kiefer; Jessica Eva Lang; Lauran Jacoby; Barbara K. Siany |
| **Subject:** | FW: Verizon work near Johnson Museum |
| **Date:** | Monday, April 25, 2011 9:49:32 PM |

Hi David,

Just following up on Chuck's inquiry about Verizon building forms and pouring cement around their conduit at the retaining walls near the Johnson Museum and the construction work along University Ave. Our information confirms your suspicion that they are on site to support the University Avenue rebuild project and are moving their cables and installing them in a new duct bank. NYSEG and Verizon do all the work on their assets.

John will be at the Thursday meeting if you have further questions.

Best,

Alan

**Alan L. Mittman**
Director
Workforce Policy and Labor Relations
Cornell University
391 Pine Tree Road
Ithaca, N.Y. 14850
Tele: (607) 255-6866
Fax: (607) 255-0298
E-mail: alm63@cornell.edu
Web: www.ohr.cornell.edu

*Cornell University has been named a "best employer" by:*
*National Association for Female Executives, Working Mother Media, Conceive Magazine, Dave*
*Thomas Foundation for Adoption, AARP, ComputerWorld's 100 Best for Information Technology Professionals, and DiversityInc*

*A Culture of Inclusiveness, A World of Opportunity, There's a place for you at Cornell University!* www.ohr.cornell.edu/jobs

This information, transmitted from Cornell University's Office of Workforce Policy and Labor Relations, is intended only for the person or entity named above, and may contain legally confidential and/or privileged material. Any forwarding, copying, disclosure, distribution, or other use of this information by any person without the permission of the Office of Workforce Policy and Labor Relations is prohibited. If you are not the intended recipient, any review or taking of any action in reliance upon this information is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers. Thank you.